# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

158229 & (17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

DEANGELO TAJUAN JONES,
 Defendant-Appellant.

SC: 158229
COA: 343310
Macomb CC: 1993-001266-FH

_____/

On order of the Court, the application for leave to appeal the July 18, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



a0418

Clerk